UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

David Springfield #226630

Case No.  15-mc-80087-JD

**ORDER OF SUSPENSION**

Because David Springfield has failed to respond to the Order to Show Cause, David Springfield's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated:  May 5, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>David Springfield #226630 | Case No.   15-mc-80087-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/5/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David  Springfield
P.O. Box 660
12896 Rices Crossing Road
Oregon House, CA 95962

Dated: 5/5/2015

Richard W. Wieking
Clerk, United States District Court

By: *Lisa R. Clark*
_____
Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato

2